THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Sherecca D.,
 Marshall D., and John Doe, Defendants,
 Of whom
 Sherecca D. is the Appellant.
 In the interest of four minor children.
 
 
 

Appeal From Dillon County
 Roger E. Henderson, Family Court Judge
Unpublished Opinion No. 2010-UP-513
Submitted November 1, 2010  Filed
 November 23, 2010    
AFFIRMED

 
 
 
 Jarrod E. Ownbey, of North Myrtle Beach, for Appellant.
 Newton  I. Howle, Jr., of Darlington, for Respondent.
 John Robert Richardson, of Myrtle Beach, Guardian ad Litem for
 Sherecca D.  
 Timothy Matthew Ammons, of Dillon, Guardian ad Litem for minor
 children.
 
 
 

PER
 CURIAM:  Sherecca D.
 appeals from the family court's final order terminating her parental rights to
 her minor children.  S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review
 of the record, Sherecca D.'s pro se brief, and the family court's findings of
 fact and conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465,
 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm the family court's ruling and grant counsel's petition
 to be relieved. 
AFFIRMED.[1]
WILLIAMS, J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.